# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 40 EM 2015
:
               Respondent : 
:
:
:
:
        v. :
:
:
:
MICHAEL DRAKE, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of June, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.